<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7271**

TYRONE HURT,

              Plaintiff - Appellant,

        v.

UNITED STATES MARSHAL SERVICE; UNKNOWN AGENT; U.S. DISTRICT
COURT FOR THE D.C.,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Leonie M. Brinkema,
District Judge. (1:08-cv-00624-LMB-TCB)

Submitted: February 20, 2009          Decided:  March 10, 2009

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tyrone Hurt, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt appeals the district court's order denying relief on his <u>Bivens</u> complaint.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hurt v. United States Marshal Serv.</u>, No. 1:08-cv-00624-LMB-TCB (E.D. Va. June 24, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]<u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).